## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lisa Amanda Malone, | ) | Case No. 1:20-cr-076 |
| | ) | |
| Defendant. | ) | |

On September 21, 2020, this court convened a hearing by telephone on the petition for action on defendant's pretrial release. At the close of the hearing, the court continued defendant's release subject to her existing conditions and with the understanding she was to remain in the third-party custody of her mother in California and continue to take her medications as prescribed. Additionally, the court directed defendant to submit a treatment plan addressing her mental health and treatment needs.

On September 28, 2020, defendant filed a status report in which she presented the court with two treatment proposal: (1) enrollment and participation in an outpatient treatment program at West Central Human Services while ins residence at the Abused Adult Resource Center in Bismarck; or (2) enrollment in an inpatient treatment program at Prairie St. John's in Fargo.

On September 30, 2020, the court issued an order denying plaintiff's first proposal and directing defendant to provide additional information regarding her second proposal. That same day defendant filed a supplemental status report advising that she been accepted by Prairie St. John's and was on the waiting list for a bed.

The court is inclined to approve the placement of defendant at Prairie St. John's once it has

space available for her.  Defendant shall notify the Pretrial Services Office and the United States when Prairie St. John's has a bed for her.  In the interim, Defendant shall remain in the third-party custody of her mother subject the conditions previously ordered.

**IT IS SO ORDERED.**

Dated this 1st day of October, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court